IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Courtroom Deputy: LaDonne Bush         Date: February 17, 2011
Court Reporter: Tracy Weir
Probation Officer: Grant Hanson

Criminal Action No. 10-cr-00463-JLK-2

*Parties:*                              *Counsel:*

UNITED STATES OF AMERICA,               Ryan Bergsieker

    Plaintiff,

v.

2.  KELVIN CLARK,                       Martin A. Stuart

    Defendant.

_____

SENTENCING MINUTES
_____

9:03 a.m.     Court in session.

Defendant present in custody.

On November 29, 2010, Defendant plead guilty to Count Three of the Indictment and agreed to forfeit certain assets.

**ORDERED:**  The following motions are granted:

    1.   Motion for Forfeiture Money Judgment (Doc. 56); and

    2.   United States' Motion Under U.S.S.G. 3e1.1(b) for 1-Level Reduction in Defendant's Offense Level for Acceptance of Responsibility (Doc. 50).

**ORDERED**:  Amended Motion Requesting a Downward Departure Based on Over-Representation of Mr. Clark's Criminal History Pursuant to U.S.S.G. §4A1.3(4)(B) and Request for Non-guideline Sentence Pursuant to 18

        U.S.C. § 3553(a) (Doc. 54) is denied.

Court's comments regarding Doc. 46.

Statements by Mr. Bergsieker, Mr. Stuart and Defendant.

Court's findings and conclusions.

**ORDERED:** Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 48 months.

**ORDERED:** Upon release from imprisonment, Defendant shall be placed on supervised release for a term of five years.

**ORDERED:** Conditions of supervised release:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED**: Special condition of supervised release:

- (X) Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall pay for the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay a special assessment of $ 100.00 which is due and payable immediately.

**ORDERED:** No fine is imposed because Defendant has no ability to pay a fine.

Defendant is advised of the right to appeal.

Court recommends to the Bureau of Prisons that Defendant be imprisoned in a facility in Colorado, that Defendant participate in the RDAP program and that Defendant receive credit for 150 days of time served.

Defendant is remanded to the custody of the United States Marshal.

9:26 a.m.     Court in recess.

Hearing concluded.
Time: 00:23